DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY H. WILLIAMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1351

[July 16, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2007-CF-010813-AXXX-MB.

Anthony H. Williams, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State*, No. SC2025-0708, 2025 WL 1561151, *4-*6 (Fla. June 3, 2025).

KUNTZ, C.J., CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***